464 A.2d 529

Commonwealth v. Johnson, Appellant.

Submitted May 20, 1983. Cynthia C. Martelli, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

Judgment of sentence affirmed.

464 A.2d 529

Commonwealth v. Jordan, Appellant.

Submitted February 4, 1983. Charles B. Swigart, for appellant; Stewart L. Kurtz, District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

Judgment of sentence affirmed.